O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-0367 AHM (VBKx) | Date | October 23, 2009 |
|---|---|---|---|
| Title | RONY WILLIAM MOLINA v. CITY OF EL MONTE, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:               Attorneys **NOT** Present for Defendants:

**Proceedings:**        IN CHAMBERS (No Proceedings Held)

On October 21, 2009 the parties filed a Stipulation to Drop and Add Party Defendants.[1]  The Court is willing to permit the parties to drop or add party defendants as described in their stipulation, but to do so Plaintiff must file an amended complaint reflecting these changes.

                                                                                              :
                                                                        Initials of Preparer        SMO

---

[1] Docket No. 27